# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

MARI MITCHELL,             )
                                )
        Plaintiff,       )
                                )
    v.                   )    **Case No. 3:05-0705**
                                )    **Judge Echols**
SIX CONTINENTS HOTELS, INC. )
d/b/a INTERCONTINENTAL HOTELS )
GROUP RESOURCES, INC. d/b/a  )
HOLIDAY INN SELECT HOTEL –   )
VANDERBILT,              )
                                )
        Defendant.       )

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Court hereby rules as follows:

(1) Defendant's Motion to Strike Plaintiff's Responses to Defendant's Statement of Undisputed Facts (Docket Entry No. 43) is hereby DENIED;

(2) Defendant's Motion to Strike Plaintiff's Statement of Additional Material Facts (Docket Entry No. 45) is hereby DENIED;

(3) Defendant's Motion for Summary Judgment (Docket Entry No. 26) is hereby GRANTED; and

(4) This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order shall constitute the judgment in this case pursuant to Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

1